SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA  90004
Telephone:  (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
JULIO CRUZ

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

Attorneys for Defendant
SITEONE LANDSCAPE SUPPLY LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CRUZ,<br><br>      Plaintiff,<br><br>  v.<br><br>SITEONE LANDSCAPE SUPPLY LLC; CARDINAL INVESTMENTS PROPERTIES-JD, L.P.; and DOES 1 to 10,<br><br>      Defendants. | Case No. 8:25-cv-01969-ADS<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:    September 3, 2025<br>Trial Date:      None<br>Magistrate Judge: Hon. Autumn D. Spaeth<br>          Courtroom 6B, Santa Ana |

**TO THIS HONORABLE COURT:**

Plaintiff Julio Cruz and defendant Site One Landscape Supply LLC (collectively, the "Parties") hereby jointly notify the Court that a settlement has been reached in the above-captioned case.

The Parties would like to avoid any additional expense and further the interests of judicial economy.  Therefore, the Parties apply to this Honorable Court to vacate all currently set dates and deadlines with the expectation that the dismissal with prejudice as to the entire case will be filed within 60 days.

Respectfully submitted,

DATED:  October 14, 2025          SO. CAL. EQUAL ACCESS GROUP


By: /s/ Jason J. Kim
     Jason J. Kim
     Jason Yoon

Attorneys for Plaintiff
JULIO CRUZ


DATED:  October 14, 2025          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Amber L. Roller
     Amber L. Roller

Attorneys for Defendant
SITEONE LANDSCAPE SUPPLY LLC

/ / /

/ / /

/ / /

/ / /

/ / /

**<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Amber L. Roller, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 14, 2025                    By:  /s/ Amber L. Roller
                                                            Amber L. Roller