UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  8:25-01969 ADS                                      Date: October 21, 2025

Title: *Julio Cruz v. Siteone Landscape Supply, LLC, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER RE NOTICE OF SETTLEMENT**

In light of the Notice of Settlement filed on October 14, 2025 (Dkt. No. 9), indicating the parties have reached a settlement in the action, the parties shall file a Notice of Dismissal of all claims by December 13, 2025. If no dismissal is filed, this action shall be deemed dismissed as of December 13, 2025. All previously set deadlines and dates are hereby vacated. (JS-6.)

**IT IS SO ORDERED.**

Initials of Clerk kh